**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

CEDAR COMMUNITIES AT STAUNTON I, LLC, d/b/a BIRCH GARDENS,

Plaintiff,

-against-

A PLACE FOR MOM, INC.,

Defendant.

---------------------------------------------------------------X

24 **CIVIL** 9737 (DEH)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 10, 2026, the Motion for Leave to Amend is DENIED. Accordingly, judgment is hereby entered in favor of Defendant and the case is closed.

**Dated:** New York, New York
September 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**